1
2
3
4
5
6
7

8                     UNITED STATES DISTRICT COURT
9                     EASTERN DISTRICT OF CALIFORNIA
10

11 | MARCO PEREZ,                    | 1:11-cv-01820-GSA-PC
12 |         Plaintiff,               | ORDER GRANTING REQUEST FOR
13 |     vs.                          | LOCAL RULES
                                      | (Doc. 10.)
14 | D. G. ADAMS, et al.,             | ORDER FOR CLERK TO SEND
                                      | PLAINTIFF LOCAL RULES
15 |         Defendants.              | PERTAINING TO PRISONER
                                      | CASES
16
17
18
19

20      Marco Perez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in
21 this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing
22 this action on November 1, 2011. (Doc. 1.)
23      On July 2, 2014, Plaintiff filed a notice of change of address and requested a copy of the
24 Court's Local Rules.  (Doc. 11.)
25      The Local Rules are available on the Court's website and should be available to Plaintiff
26 in the prison's law library.  Nonetheless, the Court shall direct the Clerk to provide Plaintiff
27 with a copy of the Local Rules which pertain to prisoner cases such as Plaintiff's.  Therefore,
28 Plaintiff's request shall be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for a copy of the Court's Local Rules is GRANTED; and
2. The Clerk is directed to send Plaintiff a copy of the Local Rules pertaining to prisoner cases.

IT IS SO ORDERED.

Dated:   **July 18, 2014**              **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE