# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO PEREZ,<br><br>             Plaintiff,<br><br>      vs.<br><br>D. G. ADAMS,<br><br>             Defendant. | 1:11-cv-01820-GSA-PC<br><br>ORDER DENYING MOTION FOR COURT ORDER ALLOWING ACCESS TO THE LAW LIBRARY<br>(Doc. 22.) |

Marco Perez ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on November 1, 2011. (Doc. 1.) This case now proceeds on the original Complaint against defendants Schneider, Carter, Pimental, and Byrum for use of excessive force and deliberate indifference to medical needs.[1] (Id.)

On February 23, 2015, Plaintiff filed a motion for a court order directing prison officials to allow him access to the law library. (Doc. 22.) "A federal court may issue an injunction [only] if it has personal jurisdiction over the parties and subject matter jurisdiction over the claim; it may not attempt to determine the rights of persons not before the court." Zepeda v. United States Immigration Service, 753 F.2d 719, 727 (9th Cir. 1985). Here, the order Plaintiff

---

[1] On June 18, 2014, the court issued an order dismissing all other claims and defendants from this action, for failure to state a claim. (Doc. 9.)

1

seeks would require present actions by persons who are not defendants in this action and would not remedy any of the excessive force or medical claims upon which this action proceeds. Therefore, the court lacks jurisdiction to issue the order sought by Plaintiff, and Plaintiff's motion must be denied.

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's motion for a court order allowing him access to the law library is DENIED.

IT IS SO ORDERED.

Dated:   **February 24, 2015**                                **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE