UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO PEREZ,<br><br>           Plaintiff,<br><br>     vs.<br><br>D. G. ADAMS, et al.,<br><br>           Defendants. | 1:11-cv-01820-GSA-PC<br><br>ORDER FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S MOTION TO AMEND WITHIN THIRTY DAYS<br>(Doc. 24.) |

Marco Perez ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on November 1, 2011.  (Doc. 1.)  This case now proceeds on the original Complaint against defendants Schneider, Carter, Pimental, and Byrum for use of excessive force and deliberate indifference to medical needs.[1]  (Id.)  This case is now in the discovery phase.  (Doc. 20.)

On March 16, 2015, Plaintiff lodged a proposed First Amended Complaint, together with a motion to amend the complaint.  (Doc. 24.)  Plaintiff requests leave to amend the complaint to "name the right defendants and correct all errors in his complaint."  (Id. at 1.)  Plaintiff states that "in his original complaint [plaintiff] wrongly named R. Schneider and T. Carter, [and] plaintiff asks to drop these defendants and add the correct defendants."  (Id.)

---

[1] On June 18, 2014, the court issued an order dismissing all other claims and defendants from this action, for failure to state a claim.  (Doc. 9.)

Plaintiff asserts that on January 19, 2015, pursuant to Rule 15(a), he asked for Defendants' consent prior to amending his complaint and "[t]hey appeared to agree under the above mention (*sic*) reasons." (Id.)

Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. Fed. R. Civ. P. 15(a). Otherwise, a party may amend only by leave of the court or by written consent of the adverse party, and leave shall be freely given when justice so requires. Id. Here, because Defendants have filed an Answer to the complaint, Plaintiff requires leave of court to file an amended complaint unless Defendants have given "written consent." Plaintiff merely claims that Defendants "appeared" to consent to amendment of the complaint. This is not sufficient to satisfy Rule 15(a)'s requirement of "written consent." Thus, Defendant shall be required to file a written response to Plaintiff's motion to amend within thirty days.

Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of service of this order, Defendants shall file a written response to Plaintiff's motion to amend, indicating either (1) consent to the filing of the proposed amended complaint submitted by Plaintiff, or (2) opposition to the motion to amend.

IT IS SO ORDERED.

Dated:   **March 19, 2015**              **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE