UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO PEREZ, | Case No.: 1:11-cv-1820-BAM (PC) |
| Plaintiff, | |
| v. | AMENDED DISCOVERY AND SCHEDULING ORDER |
| D. G. ADAMS, et al., | **Dispositive Motion Deadline:** April 24, 2017 |
| Defendants. | |

Plaintiff Marco Perez is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This case currently proceeds on Plaintiff's complaint against Defendants Sergeant Schneider, Sergeant Carter, Correctional Officer (C/O) Pimentel, and C/O Byrum, for use of excessive force and inadequate medical care in violation of the Eighth Amendment. The parties have consented to magistrate judge jurisdiction. (ECF Nos. 4, 26.)

The Court has determined that this case will benefit from a settlement conference, and will issue an order concurrently setting that conference for March 24, 2017. Under that order, the parties are required to submit settlement statements to arrive no later than March 17, 2017.

A discovery and scheduling order was issued in this case on April 26, 2016. (ECF No. 61.) Under that order, the deadline for filing all dispositive motions (other than a motion for summary judgment for failure to exhaust) is March 6, 2017. (Id. at 2.) The Court finds good cause to sua sponte extend that deadline, to allow the parties to fully focus on preparing for the upcoming settlement negotiations. Fed. R. Civ. P. 16(b)(4).

1

Accordingly, IT IS HEREBY ORDERED that:

1. The deadline for filing all dispositive motions (other than a motion for summary judgment for failure to exhaust) is extended to **April 24, 2017**;

2. All other provisions of the Court's discovery and scheduling order issued on April 26, 2016 remain in full force and effect; and

3. A request for an extension of a deadline set in this order must be filed on or before the expiration of the deadline in question, and will only be granted on a showing of good cause.

IT IS SO ORDERED.

Dated: **February 6, 2017**        /s/ *Barbara A. McAuliffe*
                               UNITED STATES MAGISTRATE JUDGE