UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO PEREZ,<br><br>               Plaintiff,<br><br>v.<br><br>D. G. ADAMS, et al.,<br><br>               Defendants. | Case No. : 1:11-cv-1820-BAM (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATE MARCO PEREZ, CDCR # D-46240<br><br>DATE: March 24, 2017<br>TIME:  8:30 a.m.<br>LOCATION: California State Prison, Corcoran |

**Marco Perez**, **CDCR #D-46240**, a necessary and material witness on his own behalf in proceedings in a settlement conference on March 24, 2017, is confined at Calipatria State Prison, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate to California State Prison, Corcoran, 4001 King Avenue, Corcoran, CA 93212, on March 24, 2017, at 8:30 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **along with any necessary legal property**, to testify before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of Calipatria State Prison:**

**WE COMMAND** you to produce the inmate named above, **along with any necessary legal property**, to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated**:** **February 24, 2017**             /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE

