# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO PEREZ,<br><br>    Plaintiff,<br><br>    v<br><br>R HUBACH, et al.,<br><br>    Defendants. | Case No. 1:11-cv-01820-BAM<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS WITHIN FOURTEEN DAYS |

This action was filed on November 1, 2011. On March 24, 2014, this Court conducted a settlement conference. During the settlement conference, the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. Dispositional documents shall be filed within fourteen (14) days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **March 24, 2017**

UNITED STATES MAGISTRATE JUDGE

1