FILED

MAR 30 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO PEREZ,<br><br>    Plaintiff,<br><br>v.<br><br>D. G. ADAMS, et al.,<br><br>    Defendants. | Case No.: 1:11-cv-01820-BAM (PC)<br><br>ORDER THAT INMATE MARCO PEREZ IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IF DISCHARGED |

Plaintiff Marco Perez is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter commended on March 24, 2017, inmate Marco Perez CDCR Inmate No. D-46240, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: 3/24/2017

_____
UNITED STATES MAGISTRATE JUDGE

1