IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **MARCO PEREZ,** <br><br> Plaintiff, <br><br> v. <br><br> **R. HUBACH, et al.,** <br><br> Defendants. | No. 1:11-cv-01820 BAM (PC) <br><br> **ORDER DISMISSING WITH PREJUDICE DEFENDANTS JOHNSON AND MOSS PURSUANT TO PARTIES' STIPULATION FOR VOLUNTARY DISMISSAL** <br> [Fed. R. Civ. P. 41(a)(1)(A)(ii)] <br><br> Action Filed: November 1, 2011 |

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Marco Perez and Defendants, by and through their counsel of record, stipulate to the voluntary dismissal with prejudice of Defendants Johnson and Moss from this action.

/ / /

/ / /

/ / /

/ / /

1

Each party is to bear his own costs, fees, or expenses.

IT IS SO STIPULATED.

Dated: March 29, 2017                                        Respectfully submitted,

                                                             XAVIER BECERRA
                                                             Attorney General of California
                                                             CHRISTOPHER J. BECKER
                                                             Supervising Deputy Attorney General

                                                             */s/ Diana Esquivel*

                                                             DIANA ESQUIVEL
                                                             JOSEPH WHEELER
                                                             Deputy Attorney General
                                                             *Attorneys for Defendants*

Dated: April 3, 2017                                         */s/ Marco Perez*

                                                             Marco Perez
                                                             *Plaintiff Pro se*

SA2014117394
32809944.doc

## ORDER

Based on the parties' stipulation, Defendants Johnson and Moss are dismissed with prejudice from this lawsuit.

IT IS SO ORDERED.

Dated:  **April 7, 2017**                                    /s/ *Barbara A. McAuliffe*
                                                             UNITED STATES MAGISTRATE JUDGE

2