1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10                       FRESNO DIVISION

11

12

13   **MARCO PEREZ,**                    No. 1:11-cv-01820 BAM (PC)

14                          Plaintiff,   **ORDER DISMISSING, WITH
                                         PREJUDICE, DEFENDANTS BYRUM,**
15         **v.**                        **HUBACK, LATRAILLE, PIMENTEL
                                         AND TABER PURSUANT TO PARTIES'
                                         STIPULATION FOR VOLUNTARY**
16   **R. HUBACH, et al.,**              **DISMISSAL OF ACTION**
                                         [Fed. R. Civ. P. 41(a)(1)(A)(ii)]
17                          Defendants.

18                                       Action Filed:  November 1, 2011

19

20

21          Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Marco Perez and

22   Defendants Byrum, Hubach, LaTraille, Pimentel, and Taber, by and through his counsel of

23   record, stipulate to the voluntary dismissal of this action with prejudice.

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

                                        1

Each party is to bear his own costs, fees, or expenses.

IT IS SO STIPULATED.

Dated: March 24, 2017                    Respectfully submitted,

                                         XAVIER BECERRA
                                         Attorney General of California
                                         CHRISTOPHER J. BECKER
                                         Supervising Deputy Attorney General

                                         */s/ Joseph Wheeler*

                                         DIANA ESQUIVEL
                                         JOSEPH WHEELER
                                         Deputy Attorney General
                                         *Attorneys for Defendants*

Dated: March 24, 2017                    */s/ Marco Perez*

                                         Marco Perez
                                         *Plaintiff Pro se*

SA2014117394
32810010.doc

## ORDER

Based on the parties' stipulation, this action is dismissed with prejudice. The Clerk of the

Court is directed to terminate all pending motions and deadlines, and to close this case.

IT IS SO ORDERED.

Dated: __April 11, 2017__        ___/s/ Barbara A. McAuliffe___
                                 UNITED STATES MAGISTRATE JUDGE